UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 95cr0973-JM |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER AND JUDGMENT TO DISMISS INDICTMENT AND RECALL ARREST WARRANT |
| JORGE ALBERTO SALLES(16), | ) | |
| Defendant. | ) | |

Upon application of the United States Attorney, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the Fourth Superseding Indictment in the above-captioned case is dismissed as to defendant Jorge Alberto Salles without prejudice.

IT IS FURTHER ORDERED that the arrest warrant for defendant Jorge Alberto Salles is hereby recalled.

DATED: May 16, 2013

_____
Hon. Jeffrey T. Miller
United States District Judge